**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8083

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GODFREY LLEWELLYN SPENCER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:91-cr-00138-jct-9)

Submitted: January 15, 2009          Decided: January 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Godfrey Llewellyn Spencer, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Godfrey Llewellyn Spencer appeals the district court's order granting relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). As Spencer received the relief he sought, and we find no reversible error in the granting of Spencer's motion, we affirm for the reasons stated by the district court. United States v. Spencer, No. 7:91-cr-00138-jct-9 (W.D. Va. Sept. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2